WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN FINNELL,**　　　　　　　　　　　　　　　CV # 06-1312-TC

　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

　　　Defendant.

---

　　　Attorney fees in the amount of $6,300.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

　　　DATED this 28 day of Dec, 2007.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge

Submitted on December 19, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
　Attorney for Plaintiff

ORDER - Page 1